# VLADECK, RASKIN & CLARK, P.C.

SUSAN J. WALSH
212-403-7348
SWALSH@VLADECK.COM

November 26, 2019

**By ECF**

Hon. Naomi Reice Buchwald
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/19

Re: *United States v. Alberto Moreta*, S1 19 Cr 307 (NRB)

Dear Judge Buchwald:

I represent Alberto Moreta in the above captioned matter scheduled for a status conference on December 16, 2019.

I am writing to request that my client be excused from personally appearing with counsel on Tuesday, December 17th. Mr. Moreta works and resides just outside of Boston, Massachusetts. He is a young man of very limited means and the cost and opportunity cost of travel to New York City is not insubstantial. He was recently before the Court last week and he will need to travel and find housing in NYC again both to prepare for trial and attend trial. Mr. Moreta is under supervision in Massachusetts and has been compliant since his release on an $85,000 unsecured p.r. bond co-signed by his mother and his wife.

I will appear on his behalf and respectfully request that he be excused for this appearance. The Government has no objection.

Application granted.
Naomi Reice Buchwald, USDJ
11/26/19

Respectfully submitted,

Susan J. Walsh

cc: AUSA Ryan Finkel (by email and ECF)

1039149 v1

565 FIFTH AVENUE, 9TH FLOOR, NEW YORK, NEW YORK 10017 • (P) 212-403-7300 • (F) 212-221-3172