# UNITED STATES DISTRICT COURT

for

New York-Southern

U.S.A. vs. Alberto Moreta

Docket No.

[0208 1:19CR00307]-[002]

### Petition for Action on Conditions of Pretrial Release

COMES NOW   Lisa Chan                                    , pretrial services/probation officer, presenting an

official report upon the conduct of defendant   Alberto Moreta                                    ,

who was placed under pretrial release supervision by the Honorable Sarah Netburn                ,

sitting in the court at   500 Pearl Street                          on the 11      date of April    , 2019

under the following conditions:

$85,000 Personal recognizance bond to be cosigned by two financially responsible people, surrender travel documents, no new applications, travel restricted to SD/EDNY and District of Massachusetts and points in between for purposes of travel, Pretrial Services supervision as directed, drug testing and treatment, obtain and maintain verifiable employment approved by Pretrial Services and refrain from contact with co-defendants unless in the presence of counsel.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant was charged with Credit Card Fraud, Larceny, and Possession of Stolen Credit Cards in the District of Massachusetts while on Pretrial supervision. The charges allege conduct in MA and NH and the defendant does not have permission to be in NH. Assistant U.S. Attorney Ryan Finkel and Defense Counsel, Susan Walsh and they consent to the modifications.

PRAYING THAT THE COURT WILL ORDER

- Home detention enforced by location monitoring
- Do not possess personal identification documents of others
- No contact with alleged victim in state case

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/30/2020

ORDER OF COURT

Considered and ordered this   30ᵗʰ   day of

*January* , *2020*   and ordered filed
and made a part of the records in the above case.

Honorable Naomi Reice Buchwald

*Naomi Reice Buchwald*
U.S. District Judge/Magistrate Judge

**Lisa Chan**   Digitally signed by Lisa Chan
Date: 2020.01.30 12:08:25 -05'00'

U.S. Pretrial Services/Probation Officer

Place   Southern District of New York
500 Pearl Street, Room 550
NY, NY 10007