# VLADECK, RASKIN & CLARK, P.C.

Susan J. Walsh
212.403.7348

February 10, 2020

**By ECF and Fax 212-805-7927**

Hon. Naomi Reice Buchwald
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Alberto Moreta*, S1 19 Cr 307 (NRB)

Dear Judge Buchwald:

I represent Alberto Moreta who is currently released on an unsecured bond with strict supervision and GPS monitoring, among other restrictions, in his hometown of Lawrence, Massachusetts. He is scheduled for trial before Your Honor beginning March 16, 2020. His travel is restricted to EDNY, SDNY and the District of Massachusetts.

Mr. Moreta requests permission to attend the religious ceremonies surrounding the recent death of his sister on Friday, February 14, 2020. Specifically, Mr. Moreta requests permission to attend the wake, burial and repast of his sister, Johanna Moreta, at Brady Fallon Funeral Home and Cremation Service, 10 Tower Street, Boston, Massachusetts followed by the burial and repast in Roslindale, Massachusettes.

Both pre-trial officers in New York and Massachusetts as well as the Government have no objection to his request to attend.

Thank you for your time and consideration.

Respectfully submitted,

Susan J. Walsh

SJW:kds

cc: Ryan Finkel, AUSA (by ECF and email)
Izlia Sanchez (by email)

1082187 v1

**ENDORSEMENT**

The defendant may leave his home at 9:30 am and return at 8:00 pm to attend the services as set forth in the letter.

Naomi Reice Buchwald, USDJ
February 11, 2020