# VLADECK, RASKIN & CLARK, P.C.

SUSAN J. WALSH
212.403.7348
swalsh@vladeck.com

May 27, 2020

BY EMAIL AND ECF

Hon Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted. A status conference is scheduled for July 8, 2020 at 11:30am. Speedy Trial Time excluded until July 8, 2020
>
> SO ORDERED.
>
> *[signature]*
>
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: May 27, 2020

Re: *United States v. Alberto Moreta*, S2 19 Cr 307 (NRB)

Dear Judge Buchwald:

This matter is currently scheduled for a status conference on June 3, 2020. It was brought to my attention that the Chief Judge by Order dated April 20, 2020 has suspended all jury trials indefinitely and in addition, excluded all time under the Speedy Trial Act at least until June 15, 2020.

Particularly because the defendant is out on bail and living out of state in Massachusetts very near to Boston which is suffering comparable restrictions on movement as New York City, the defense respectfully requests that this status conference be adjourned until after the 15th of June, in order to more realistically assess the status of a safe return to the courthouse for all concerned and the return of jury panels.

The defendant Mr. Moreta consents to the exclusion of time under the Speedy Trial Act after June 15, 2020 should the Court grant the adjournment to a date convenient to this Court and the Government does not object.

Respectfully submitted,

/s/ *Susan J Walsh*
Susan J. Walsh

cc: Ryan Finkle, AUSA
Sarah Mortazavi, AUSA
Josh Naftalis, AUSA

715276 v1