UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT, | : | 19-Cr-307 (SHS) |
| -v- | : | <u>ORDER</u> |
| ALBERTO MORETA, | : | |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      The Court has received defendant's motion for an adjournment of the trial date [Doc. No. 82], and the government's response to that motion [Doc. No. 83].  Accordingly,

      IT IS HEREBY ORDERED that:

      1.    Defendant's motion for an adjournment of the February 1, 2021 trial date is granted, given the pendency of the pandemic and the fact that the defendant resides in Massachusetts;

      2.    The trial will be rescheduled to June 21, 2021, at 9:30 a.m.; and

      3.    The parties should be aware that although the Court is submitting the jury request for this trial to begin on June 21, 2021, the trial date may be rescheduled by the Ad Hoc Committee on the Resumption of Jury Trials to another date in the second quarter of 2021.  The Court will notify the parties once the second quarter trial calendar has been established for trials at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       January 5, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.