UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT, | : | 19-Cr-307 (SHS) |
| -v- | : | <u>ORDER</u> |
| ALBERTO MORETA, | : | |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The Court has been advised that the *Ad Hoc* Committee on the Resumption of Jury Trials has scheduled the trial of this matter to commence on June 15, 2021, six days earlier than the date set by this Court [*see* Doc. No. 84]. Accordingly,

IT IS HEREBY ORDERED that:

1. Any motions *in limine,* proposed jury charges, and, if the parties wish, proposed *voir dire,* are due on or before May 25, 2021;

2. Responses to any motions are due by June 1, 2021;

3. There will be a final pretrial conference on June 10, 2021, at 2:30 p.m.; and

3. The trial of this matter is scheduled for June 15, 2021, at 9:30 a.m.

Dated: New York, New York
       March 2, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.