UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        19-Cr-307 (SHS)

     -v-                                                    :        ORDER

ALBERTO MORETA,                                     :

          Defendant.                          :

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

     This matter is scheduled for trial to commence on June 15, 2021 [Doc. No. 87].

     IT IS HEREBY ORDERED that the parties are directed to notify the Court in writing on or before Friday, April 2, 2021, as to what they believe the likelihood is of this matter actually proceeding to trial on that date.


Dated: New York, New York
       March 26, 2021


SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.