UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 19-Cr-307 (SHS) |
| ALBERTO MORETA, | ORDER |
| Defendant. | |

---

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of defense counsel's letter motion requesting an adjournment of the June 15, 2021 trial date in this case (Ltr. Mot., ECF No. 90.), as well as the government's response opposing an adjournment. (ECF No. 91.) The Court concludes that an adjournment is not necessary. Defendant's asserted prudential and constitutional concerns are both general and speculative. Though no one can guarantee what the condition of the pandemic will be in June, this District has gone to "extraordinary" and successful lengths to establish "safe and effective" trial procedures that protect both defendants' constitutional rights and the public health. *See United States v. Tagliaferro*, No. 19-Cr-472 (PAC), ECF No. 133 (Mar. 29, 2021).

Moreover, the increasing availability and pace of vaccinations give this Court reason for optimism; for example, though defendant's letter motion makes much of the fact that Moreta, a Massachusetts resident, is "not yet eligible for a vaccine" (Ltr. Mot. at 2), Massachusetts today extended vaccine eligibility to all individuals over the age of 16. *See* Dep't Pub. Heath, *Massachusetts' COVID-19 Vaccination Phases*, Mass.gov (last accessed Apr. 19, 2021), https://www.mass.gov/info-details/massachusetts-covid-19-vaccination-phases. Defendant should obtain a vaccination expeditiously. Given the fact that Moreta does not speak English, counsel should assist defendant in scheduling his vaccination. Accordingly,

IT IS HEREBY ORDERED that this case shall proceed to trial as currently scheduled on June 15, 2021.

Dated: New York, New York
April 19, 2021

SO ORDERED:

*/s/ Sidney H. Stein*

Sidney H. Stein, U.S.D.J.