UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

    -against -

ALBERTO MORETA,

    Defendant.
-------------------------------------------------x

TRANSPORTATION ORDER

19-CR-307 (SHS).

Upon the application of ALBERTO MORETA, by and through his attorneys Susan J. Walsh and Jacob B. Mitchell, pursuant to 18 U.S.C § 4285 and good cause having been shown,

WHEREFORE. MORETA is indigent although employed as a minimum wage laborer in Massachusetts, and

WHEREFORE Moreta is represented by counsel in the above captioned matter pursuant to the Criminal Justice Act, and

Wherefore, Moreta needs to be in New York City to prepare for his upcoming trial ~~having not been able to consult in person with his attorneys since March, 2020 due to the pandemic~~, it is hereby: *SHS*

ORDERED that the United States Marshals furnish ALBERTO MORETA with funds to cover the cost of airfare/or a ticket for a one way flight on the morning of June 10, 2021, departing from Boston Logan International Airport (BOS) arriving to Liberty International (EWR) Newark, N.J. or LaGuardia Airport (LGA) before 12 noon on June 10, 2021. Mr. Moreta wishes to attend the final pre-trial conference of his matter before the Hon. Sidney Stein that afternoon.

ORDERED that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York
June 9, 2021

SO ORDERED:

_____
Honorable Sidney H. Stein
United State District Court Judge