UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-307 (SHS) |
| -v - | : | ORDER |
| ALBERTO MORETA, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court intends to utilize the *voir dire* and jury charges that were used in the trial of this action which commenced on June 15, 2021, for the retrial in this matter, and the Court has already determined all motions *in limine* in this action. Accordingly,

IT IS HEREBY ORDERED that:

1. The Court's direction to file motions *in limine*, proposed *voir dire*, and proposed jury charges is vacated;

2. There will be a final pretrial conference on October 20, 2021, at 2:30 p.m.; and

3. The retrial of this matter will commence on October 25, 2021, at 9:30 a.m. The parties should be aware that although the Court is submitting the jury request for this trial to begin on October 25, 2021, the trial date may be rescheduled by the Court's *Ad Hoc* Committee on the Resumption of Jury Trials to another date in the fourth quarter of 2021. The Court will notify the parties as soon as the fourth quarter trial calendar has been established for trials at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
July 6, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.