UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-307 (SHS) |
| -v - | : | ORDER |
| ALBERTO MORETA, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court's *Ad Hoc* Committee on the Resumption of Jury Trials has determined that the retrial of this action shall commence on Wednesday, October 20, 2021. This matter is the second trial scheduled on that date. The Court will notify the parties at least 48 hours prior to October 20 if this matter has advanced to number one on that date. The final pretrial conference is moved up to October 13, 2021, at 2:30 p.m.

Dated: New York, New York
       August 30, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.