UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X

UNITED STATES OF AMERICA,

-v-

ALBERTO MORETA,

           Defendant.

------------------------------------------------- X

19 Cr. 307 (RA)

ORDER

RONNIE ABRAMS, District Judge:

In light of Alberto Moreta's acceptance into the Young Adult Opportunity Program, and with his consent, time is excluded under the Speedy Trial Act, until April 18, 2023. The Court finds that the ends of justice served by allowing Mr. Moreta to participate in this Program outweigh the best interest of the public and Mr. Moreta in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated:     October 19, 2021
             New York, New York

_____
RONNIE ABRAMS
United States District Judge