```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   19-CR00307-RA2
        -against-                     :   ORDER
                                      :
Alberto Moreta,                       :
                                      :
                Defendant             :
                                      :
--------------------------------------X
```

Sarah Netburn, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to include the following condition:

1. The defendant is to reside at an address approved by Pretrial Services and is not to relocate without prior approval of his Pretrial Services Officer.

Dated:   February 16, 2022
         New York, New York

                                                 SO ORDERED:

                                                 SARAH NETBURN
                                                 United States Magistrate Judge