

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 4, 2022

**BY ECF**
Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application granted. A status conference is scheduled for November 10, 2022 at 11:30 a.m. and will be held in Courtroom 1506 at 40 Foley Square.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 4, 2022

Re: *United States v. Alberto Moreta*, S2 19 Cr. 307 (RA)

Dear Judge Abrams:

    The Government writes in connection with the above-captioned matter to request that the Court schedule a status conference for the purpose of setting a trial date.

    By way of background, the defendant was arrested on April 10, 2019, and indicted on July 12, 2019. Following a trial that ended in a mistrial on June 28, 2021, the defendant was formally accepted into the Young Adult Opportunity Program ("YAOP" or the "Program") on October 18, 2021, shortly before the scheduled start of a second trial. At that time, this matter was transferred to this Court for all purposes and the trial was adjourned *sine die*.

    On November 2, 2022, the Government learned from Pretrial Services that the defendant was terminated from YAOP due to his non-compliance with program requirements and recent positive drug test for fentanyl and marijuana. Given that the defendant is no longer enrolled in YAOP, the Government respectfully requests that the Court schedule a status conference and that during such conference, the Court calendar a trial date.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ _____
Ryan B. Finkel / Sarah Mortazavi
Assistant United States Attorneys
(212) 637-6612 / 2520

Copy to: Susan Walsh, Esq. (via ECF)
           Jacob Mitchell, Esq. (via ECF)