USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ALBERTO MORETA,

            Defendant.

No. 19-CR-307-02

ORDER

RONNIE ABRAMS, United States District Judge:

    A conference in this matter was scheduled for today at 1:00 p.m. Mr. Moreta failed to appear. IT IS HEREBY ORDERED that Mr. Moreta must report to the Pretrial Services Office in Massachusetts, where he resides, no later than 10:00 a.m. on November 17, 2022. Mr. Moreta is warned that failure to do so will result in the Court issuing a warrant for his arrest.

SO ORDERED.

Dated:    November 16, 2022
                New York, New York

                                              Ronnie Abrams
                                              United States District Judge