```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   19-CR00307-RA2
       -against-                     :   ORDER
                                     :
Alberto Moreta                       :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include: Home Detention enforced by GPS

Dated: November 21, 2022
New York, New York

SO ORDERED:

_____
Ronnie Abrams
United States District Judge