UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-307 (SHS) |
| -v- | : | ORDER |
| ALBERTO MORETA, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    This matter having been reassigned to this Court,

    IT IS HEREBY ORDERED that:

    1. The parties are directed to follow the deadlines previously set by Judge Abrams. Accordingly, the last day for either party to file motions *in limine* is June 12, the last day for oppositions to any motions *in limine* is June 23; and

    2. The retrial of this matter shall commence on July 10, 2023, at 9:30 a.m., in Courtroom 23A.

Dated: New York, New York
       May 31, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.