VLADECK, RASKIN & CLARK, P.C.

SUSAN J. WALSH
PARTNER
212.403.7348
SWalsh@Vladeck.com

**MEMO ENDORSED**

August 24, 2023

Hon. Sidney H. Stein
US District Court Judge SDNY
500 Pearl Street
New York, NY 10007

Re: United States v Alberto Moreta, S4 19 Cr 307 (SHS)

Dear Judge Stein:

I am writing to request that the Court authorize my client to go to the barbershop today to get a haircut.

Mr. Moreta is due participate in his first graduation ceremony on Friday, August 24, 2023 from the STARR program he has attended near his home in Boston. He is on home detention with GPS monitoring and a curfew. He has requested through counsel permission to go to the barbershop in advance of the ceremony to be presentable.

As the Court is aware, my client is supervised in Massachusettes and I learned last evening that the Probation Officer who supervises him in Massachusettes, Carolina Aparicio-Santiago, is apparently reluctant to authorize the trip to the barber without this Court's express approval. Mr. Moreta would also like to have a proper haircut from a barber prior to his sentencing before this Court on September 11, 2023.

He has arranged for transportation and an appointment at People's Barbershop at 219 Broadway in Methuen, Massachusettes today at 10 am. On his behalf I respectfully request that the Court allow him a two hour window to travel to and from the barber shop and to get a proper hair cut today and again before his sentencing on September 11, 2023 by endorsing this letter So Ordered.

Thank you for your time and attention and I apologize for taking the Court's time on this matter.

Respectfully submitted,

Susan J. Walsh

**Defendant's request for a two hour window to travel to the barber shop today and before his sentencing is granted.**

**Dated: New York, New York
August 24, 2023**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.