

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 25, 2023

**MEMO ENDORSED**

<u>**BY EMAIL**</u>
Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: ***United States v. Alberto Moreta*, S2 19 Cr. 307 (SHS)**

Dear Judge Stein:

The Government writes seeking a one-week adjournment of the deadline for filing the Government's sentencing submission with respect to Alberto Moreta, the defendant in the above-captioned matter. Sentencing is currently scheduled for September 11, 2023. Pursuant to the Court's oral order on June 8, 2023, the Government's sentencing submission was due to be filed Monday, August 28, 2023, two weeks before sentencing. Due to scheduling conflicts occasioned by an upcoming trial and leave, the Government respectfully seeks an extension until September 4, 2023 to file its submission. The Government has conferred with defense counsel, who consents to the request.

Wherefore, the Government requests a one-week adjournment of the deadline to file the Government's sentencing submission.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____/s/_____
Ryan B. Finkel / Sarah Mortazavi
Assistant United States Attorneys
(212) 637-6612 / 2520

Copy to: Susan Walsh, Esq.

**The government's sentencing submission is due by September 4, 2023.**

**Dated: New York, New York**
**August 25, 2023**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.