VLADECK, RASKIN & CLARK, P.C.

SUSAN J. WALSH
212.403.7348
swalsh@VLADECK.COM

# MEMO ENDORSED

October 9, 2023

**BY EMAIL AND ECF**

Hon. Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Alberto Moreta*, S1 19 Cr 307 (SHS)

Dear Judge Stein:

    I write to request that the Court direct that the electronic monitoring device be removed from Alberto Moreta's ankle no later than Wednesday, October 11, 2023 to facilitate his surrender. Mr. Moreta was designated last week to FCI Allenwood in Pennsylvania. As the Court is aware, Mr. Moreta resides just north of Boston and the ride to Allenwood is more than 8 hours without traffic or construction. Moreta is due to surrender at midday on Friday, October 13, 2023. To facilitate his timely surrender to the facility may require that he travel the day before his surrender. He is currently undertaking arrangements to get a ride to the facility. Moreta has been on GPS monitoring in his home state of Massachusettes for well over a year. He still resides with his mother and brothers and is prepared to voluntarily surrender on Friday.

    Accordingly, I respectfully request that the Court authorize the termination of his electronic monitoring no later than Wednesday, October 11th to facilitate his travel to prison and timely surrender without unnecessary stress and complication by endorsing this letter "So Ordered."

Respectfully submitted,

cc: Ryan Finkle, AUSA
    Sara Mortazvi, AUSA

/s/ Susan J Walsh
Susan J. Walsh
Attorney for Alberto Moreta

**The request to remove Mr. Moreta's ankle bracelet so that he may surrender to FCI Allenwood is granted.**

Dated: New York, New York
    October 10, 2023

SO ORDERED:

Sidney H. Stein, U.S.D.J.

1